Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **Cowtown Transportation Company, LLC** | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | **Cowtown Bus Charters, Inc.** | |
| 3. Debtor's federal Employer Identification Number (EIN) | 7 5 – 2 3 4 1 0 9 7 * | |
| 4. Debtor's address | **Principal place of business**<br><br>**5504 Forest Hill Dr**<br>Number    Street<br>**Forest Hill, TX 76119-6705**<br>City    State    ZIP Code<br><br>**Tarrant**<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |
| 5. Debtor's website (URL) | **Not Applicable** | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

*The Debtor never separately applied for or received an EIN number and the tax consequences of the operation of this company were performed in the name of the parent entity.

Debtor **Cowtown Transportation Company, LLC**     Case number (if known) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☐ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When ____/____/_____ Case number _____
-       District _____ When ____/____/_____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes. Debtor **Cowtown Transportation Company, LLC**    Relationship **Parent Entity**
  District **Northern District of Texas**    When **9/6/2024**
  Case number, if known **24-43242-mxm11**

Debtor   **Cowtown Transportation Company, LLC**                                          Case number (if known) _____
         Name

| 11. Why is the case filed in *this district*? | Check all that apply: |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ Number  Street |
| | _____ City    State    ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.  Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | Check one: |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    **Cowtown Transportation Company, LLC**    Case number *(if known)* _____
Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/10/2025
MM/ DD/ YYYY

X  /s/ [signature]
Signature of authorized representative of debtor

Printed name: **Brenda Pippin Cross**

Title: **Vice President, Cowtown Bus Charters, Inc.**

**18. Signature of attorney**

X  */s/Mark J. Petrocchi*
Signature of attorney for debtor

Date  03/10/2025
MM/ DD/ YYYY

**Mark J. Petrocchi**
Printed name

**Griffith, Jay & Michel, LLP**
Firm name

**2200 Forest Park Blvd.**
Number    Street

**Fort Worth**    **TX**    **76110**
City    State    ZIP Code

**(817) 926-2500**    **mpetrocchi@lawgjm.com**
Contact phone    Email address

**15851750**    **TX**
Bar number    State

# CORPORATE RESOLUTION

The undersigned Shareholder, Director, and Officer of Cowtown Bus Charters, Inc., (the "Corporation"), does hereby certify that at a meeting of the Shareholder and director of the Corporation was duly called and held on the  11th  day of  March , 2025. The following resolutions were adopted and recorded after full consideration on the matters to which the resolution applies, and they have not been modified or rescinded, and are still in full force and effect. Notice of the meeting was sufficient in all respects for purposes of the Articles in the Corporation and Bylaws and all Texas Statutes.

 WHEREAS, a meeting of the Shareholder and Director of the Corporation was called and all notices and all other requirements of calling this meeting were waived by agreement; and

 WHEREAS, the Director (the "Director") and the Shareholder of the Corporation (the "Shareholder"), have been requested to consider the sale of a portion of the assets of the Corporation; and

 WHEREAS, the Officer, Director, and Shareholder after consideration of the efforts to sale, additional assets of the Debtor was of the opinion that the residual personal property asserts remaining after the sale of majority of the Debtor's personal property to Avalon Motor Coach, LLC was of no additional use to the Debtor and should be sold; and

 WHEREAS, the Debtor desires to sell the real property at which the Debtor's business was previously conducted; and

 WHEREAS, the real property of the Debtor is owned in the name of Cowtown Transportation, LLC; and

 WHEREAS, Cowtown Transportation, LLC is a legal entity authorized to do business in the state of Texas; and

 WHEREAS, Bill Pippin was the sale person responsible for Cowtown Transportation, LLC prior to his death and passing; and

 WHEREAS, Cowtown Transportation Company, LLC does not appear to have ever acquired an IRS EIN number, or separately reported its information to the Internal Revenue Service, but such information appears to have been reported on the EIN number of Cowtown Bus Charters, Inc., 75-2341097; and

WHEREAS, Brenda Cross is listed with the Secretary of State as a person affiliated with the LLC but is unaware of ever having taken any action on behalf of, or being aware of the LLC until after the death of her brother; and

WHEREAS, the Officer, Director, and the Shareholder after consideration of the terms of the proposed sale of real property to CanTex RE Holdings, LLC disclosed to all parties at the meeting, are of the opinion that the sale should be pursued and closed through the actions of Brenda Pippin Cross, in the capacity as a representative of the Corporation, and that she is authorized to execute any documents on behalf of the Corporation necessary to close the sale consistently with the terms of that Asset Purchase Agreement; and

WHEREAS, the Corporation believes the assets described herein should be sold for the benefit of creditors; and

WHEREAS, the undersign represents all Shareholder and Director of the Corporation and were reasonably informed of the financial status of the practice and the issues related to the sale of assets.

NOW THEREFORE, IT IS RESOLVED, that as the sole Director, Officer, and Shareholder of the Corporation that notice of this meeting is approved by all shareholders and directors, and all notices and formal items related to this meeting are waived by the managers.

IT IS FURTHER RESOLVED, the Shareholder and the Director do hereby authorize, as evidenced by the execution of this Unanimous Resolution, that the Corporation shall cause such negotiation, execution of documents and other actions required to close the sale of the personal property and real property assets described herein and above.

IT IS FURTHER RESOLVED, that the Corporation is authorized on behalf of itself and the purported subsidiary Cowtown Transportation, LLC to negotiate the sale of the real property popularly described as 5504 Forest Hill Drive and any adjacent parcels (the "Real Property") to CanTex RE Holdings, LLC or any other purchaser that in the best interest of the Debtor is able to purchase that real property.

IT IS FURTHER RESOLVED, that to effectuate the sale of the property, the Corporation is authorized on behalf of Cowtown Transportation, LLC to initiate a bankruptcy filing.

IT IS FURTHER RESOLVED, that the Corporation may take any and all actions necessary to sell both the real and personal property which Brenda Cross in her sole discretion believes to be advisable.

IT IS FURTHER RESOLVED, that in the judgment of the business representatives of the Company, it is desirable and in the best interests of Cowtown Bus Charters, Inc., its creditors, employees, equity interest holders, and other interested parties, that the remaining personal property and real property assets of the business should be sold.

IT IS FURTHER RESOLVED, that the Shareholder and Director authorize all actions previously taken by the Corporation and ratify the decision to have taken those actions.

IT IS FURTHER RESOLVED, that the officer provision held by Brenda Pippin Cross are expressly appointed and authorized as Director, President, Vice President, and Secretary. Each of the positions confirmed by this Resolution shall continue until the next meeting or resolution at which those positions are considered for renewal or reelection.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation on this the 10th day of March 2025.

By: _____
Brenda Pippin Cross,
As Vice President of Cowtown Bus Charters, Inc.

By: _____
Brenda Pippin Cross,
100% shareholder