BTXN 036 (rev. 11/19)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| In Re: | § | |
| Cowtown Transportation Company, LLC | § | Case No.:   25–40860–elm11 |
| | § | Chapter No.:   11 |
| | § | |
| Debtor(s) | § | |

# NOTICE OF DEFICIENCY

Notice is hereby given to the Debtor(s) that the Original Petition and/or Other Document(s) filed is/are deficient for one or more of the following reasons:

☐ A mailing matrix containing an alphabetical listing of all creditors, was not filed with the petition as required by N.D. TX L.B.R. 1007–1(a). The mailing matrix must be filed **within 48 hours** of the date of this notice.

☐ Tax ID Number must be provided **within 48 hours** of the date of this notice.

☐ Debtor(s)' chapter 13 plan or plan summary was not filed with the petition. The plan or plan summary in a form acceptable to the Trustee must be filed. Local form number BTXN222 must be used and filed **within 14 days** of the date of the filing of the petition (Bankruptcy Rule 3015).

☐ Debtor(s)' chapter 13 plan or plan summary must be filed **within 14 days** from the date of the order of conversion (Bankruptcy Rule 3015).

☑ Debtor(s)' schedules A/B, D, E/F, G, and H were not filed with the petition. The schedules must be filed **within 14 days** of the date of the filing of the petition (Bankruptcy Rule 1007(c)).

☑ Declaration for Electronic Filing III(B)(3) **within 7 days** of the filing of the Petition.

☐ Declaration About an Individual Debtor's Schedules (Official Form 106Dec) **within 14 days** of the date of the filing of the petition.

☑ Declaration Under Penalty of Perjury for Non–Individual Debtors (Official Form 202) **within 14 days** of the date of the filing of the petition.

☑ Debtor(s)' statement of financial affairs was not filed with the petition. The statement of financial affairs must be filed **within 14 days** of the date of filing of the petition (Bankruptcy Rule 1007(c)).

☐ Attorney Fee Disclosure must be filed **within 14 days** of the date of the filing of the petition.

☐ Adversary Cover Sheet (Form 1040) not filed with the complaint. Form 1040 must be filed with the court **within 2 days** from the date of this notice.

☑ Summary of Assets and Liabilities (Official Form 106Sum or 206Sum) not provided at the time of filing. Official Form 106Sum or 206Sum must be filed **within 14 days** of the date of the filing of the petition.

☐ Portions of the original petition were not answered or provided at the time of filing. An amended petition including the items indicated below must be filed **within 3 days** from the issuance of this notice.

☑ Twenty Largest Unsecured Creditors must be filed **within 48 hours** from the date of this notice.

☐ This case was filed without docketing a Form 121 Statement of Social Security Number. Form 121 must be filed with the court within 48 hours of the date of the petition pursuant to L.B.R. 1007–1(d). If a debtor Social Security Number was erroneously entered by you in this case, you must notify all parties and credit reporting agencies of the correct Social Security Number information.

☐ Certificate from an approved credit counselor of completion of a briefing received **prior to the filing** of the petition must be provided **within ### days** of the date of the filing of the petition. If the briefing was not completed prior to the petition date, the debtor must submit to the court a certification that complies with the requirements of 11 USC 109(h)(3)(A).

☐ Copies of employee income records must be provided **within 14 days** of the date of the filing of the petition.

☐ Statement of Current Monthly Income must be provided **within 14 days** of the date of the filing of the petition.

☐ Chapter 15 Service List must be provided **within 14 days** of the date of the filing of the petition.

– continued –

page 2

☐   Cash flow statement must be provided **within 7 days** from the issuance of this notice.

☐   Statement of operations must be provided **within 7 days** from the issuance of this notice.

☐   Balance sheet must be provided **within 7 days** from the issuance of this notice.

☐   Other:

**Failure to comply with the N.D. TX L.B.R.'s and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice.**